*In re Parental Rights to K.M.M.*, No. 91757-4. Motion for discretionary review of a decision of the Court of Appeals, No. 45809-8-II, May 5, 2015, 187 Wn. App. 545. *Granted* January 6, 2016.

*State, Petitioner, v. Porter, Respondent*, No. 92060-5. Petition for review of a decision of the Court of Appeals, No. 45796-2-II, July 14, 2015, 188 Wn. App. 1051. *Granted* January 6, 2016.

*Avnet, Inc., Petitioner, v. Dep't of Revenue, Respondent*, No. 92080-0. Petition for review of a decision of the Court of Appeals, No. 45108-5-II, April 28, 2015, 187 Wn. App. 427. *Granted* January 6, 2016.

*Kovacs, Petitioner, v. Dep't of Labor & Indus., Respondent*, No. 92122-9. Petition for review of a decision of the Court of Appeals, No. 32473-7-III, July 21, 2015, 188 Wn. App. 933. *Granted* January 6, 2016.

*State, Respondent, v. Wilson, Petitioner*, No. 88818-3. Petition for review of a decision of the Court of Appeals, No. 41990-4-II, April 2, 2013, 174 Wn. App. 328. *Denied* January 6, 2016.

*Alaska Structures, Inc., Respondent, v. Hedlund, Petitioner*, No. 90284-4. Petition for review of a decision of the Court of Appeals, No. 69349-2-I, April 21, 2014, 180 Wn. App. 591. *Denied* January 6, 2016.

*Widrig, Respondent, v. Villas at Meadow Springs, LLC, Petitioner*, No. 91960-7. Petition for review of a decision of the Court of Appeals, Nos. 31687-4-III and 32122-3-III, March 26, 2015, 186 Wn. App. 1036. *Denied* January 6, 2016.

*State, Respondent, v. Kingma, Petitioner*, No. 91984-4. Petition for review of a decision of the Court of Appeals, No. 32634-9-III, June 23, 2015, 188 Wn. App. 1030. *Denied* January 6, 2016.